# United States Court of Appeals
## For the First Circuit

No. 15-1507

DUAMEL SANTIAGO-RAMOS, individually and as representative
of the Conjugal Partnership; MARINÉS RIVERA-FIGUEROA;
CARIBBEAN ECONOMIC COUNCIL,

Plaintiffs, Appellants,

v.

AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO,
AEE, a/k/a Puerto Rico Power Company,

Defendant, Appellee,

MARIMAR PÉREZ-RIERA,

Defendant.

**ERRATA SHEET**

The opinion of this Court issued on August 24, 2016 is
amended as follows:

On page 7, line 17, "moveable" is replaced with "movable".